UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTIN AND MARTIN GETCH,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 21-5897<br><br>ORDER ON THE PARTIES STIPULATED MOTION TO AMEND SCHEDULE |

This matter comes before the Court on the Parties stipulated Motion to Amend Schedule (Dkt. No. 13). Having reviewed the Motion, all supporting materials and the docket, the Court GRANTS in part and DENIES in part the Motion.

The Parties request an additional 60 days to provide expert witness reports and complete discovery. (Motion at 1.) The Court agrees to allow the Parties to move the internal deadlines in order to complete discovery and take depositions. The Court GRANTS the Parties' request to extend the deadline to provide expert witness reports from September 19, 2022 to November 18,

2022, and the extend the deadline to complete discovery from November 18, 2022 to January 17, 2023.

The Parties also request the Court move the date of trial one week from April 17, 2022 to April 24, 2022 due to defense council being out of the country during the week of April 10, 2022. (Mot. at 2.) The Court set the date for this trial last January, and the Parties had ten (10) days to ask for a new date. There are currently other trials set for the date the Parties have requested. And planning an out of country vacation after the trial date has been set for nine months does not show good cause. The Court therefore DENIES the Parties' request to move the date of trial.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 26, 2022.

Marsha J. Pechman
United States Senior District Judge