UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTIN AND MARTIN GETCH, | CASE NO. 21-cv-5897 |
| Plaintiff, | ORDER GRANTING THE PARTIES MOTION FOR EXTENSION |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Motion for Extension of Time (Dkt. No. 16). The Parties request the Court extend the expert disclosure deadline from November 18, 2022 to November 30, 2022. The Court, having reviewed the Motion, the case schedule, and all other relevant materials, hereby GRANTS the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 26, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING THE PARTIES MOTION FOR EXTENSION - 1